# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUANA GUZMAN BUSTAMANTE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DENISE L. GENTILE, DISTRICT
JUDGE,
Respondents,
and
JEFFREY E. HERNANDEZ,
Real Party in Interest.

No. 78798

**FILED**

MAY 2 8 2019


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a February 11, 2019, district court "minute order" denying a motion to designate child witnesses.

Having reviewed the petition and supporting documents, we conclude that our ordinary intervention is not warranted at this time. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (providing that petitioner bears the burden of demonstrating that extraordinary relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (explaining that it is within this court's sole discretion to determine if a writ petition will be considered); NRAP 21(b)(1). Petitioner has not provided a written, file-stamped district court order, which precludes our review. *See Div. of Child & Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 451, 92 P.3d 1239, 1243 (2004); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (providing that a minute order is not effective for any purpose). Further,

petitioner provides no explanation as to why she waited until May 21, 2019, to challenge a February 2019 ruling. *See, e.g., Buckholt v. Dist. Court*, 94 Nev. 631, 633, 584 P.2d 672, 673 (1978) (recognizing that the laches doctinre applies to petitions for a writ of mandamus). Accordingly, we deny this writ petition without prejudice to petitioner's ability to file a new petition challenging a written, file-stamped order, if deemed appropriate.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

cc:   Hon. Denise L. Gentile, District Judge
      Robert W. Lueck, Ltd.
      The Grigsby Law Group
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A